

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00639-CV

**IN RE LA BOTA PROPERTY OWNERS ASSOCIATION, INC.**, La Bota Ranch Owners
Association, Inc., Albert Muller Jr., Geg Ebe, Virginia Muller and Albert Muller III

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Luz Elena D. Chapa, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: September 25, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On September 17, 2019, relators filed a petition for writ of mandamus and a motion for temporary relief. After considering the petition and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The motion for temporary relief is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2017CVF0011299D1, styled *Guillermo Castro Jr., et al. v. Albert F. Muller III, et al.*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.